UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS KUTTERER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY JAIL,<br><br>　　　　Defendant. | No. 2:23-cv-1214 CKD P<br><br><br>ORDER |

　　　　On August 2, 2023, the court reviewed plaintiff's original application to proceed in forma pauperis. Plaintiff was informed the application was deficient in that the "certificate" portion of the request which must be completed by plaintiff's institution of incarceration had not been filled out. Plaintiff was granted leave to file a second application. The second application was submitted on August 14, 2023, and the "certificate" portion is still not filled out. Good cause appearing, the court will grant plaintiff one final opportunity to file a completed application to proceed in forma pauperis. If the certificate portion of the third application to proceed in forma pauperis is not filled out, or if the application is not complete in some other respect, the court will recommend that this action be dismissed without prejudice.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 7) is denied without prejudice.

1

2. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court.

3. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application or the $402 filing fee. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: August 17, 2023

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
kutt1214.3c