1

2

3

4

5

6

7

8                                 UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      MARCUS KUTTERER,                            No.  2:23-cv-1214 CKD P

12                     Plaintiff,

13             v.                                   <u>ORDER AND</u>

14      SOLANO COUNTY JAIL,                         <u>FINDINGS AND RECOMMENDATIONS</u>

15                     Defendant.

16

17             On August 17, 2023, the court reviewed plaintiff's second application to proceed in forma

18      pauperis.  Plaintiff was informed the application was deficient in that the "certificate" portion of

19      the request which must be completed by plaintiff's institution of incarceration had not been filled

20      out.  This deficiency also appeared in plaintiff's first application to proceed in forma pauperis.

21      Plaintiff was granted leave to file a third application and was warned "[i]f the certificate portion

22      of the third application to proceed in forma pauperis is not filled out, or if the application is not

23      complete in some other respect, the court will recommend that this action be dismissed without

24      prejudice."

25             Plaintiff submitted his third application on August 31, 2023, and the "certificate" portion

26      is still not complete.

27      /////

28      /////

                                                      1

1           Accordingly, IT IS HEREBY ORDERED that:

2           1.  Plaintiff's motion to proceed in forma pauperis (ECF No. 9) is denied; and

3           2.  The Clerk of the Court assign a District Court Judge to this case.

4           IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

5           These findings and recommendations are submitted to the United States District Judge

6    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

7    after being served with these findings and recommendations, plaintiff may file written objections

8    with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

9    and Recommendations."  Plaintiff is advised that failure to file objections within the specified

10   time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

11   (9th Cir. 1991).

12   Dated:  September 28, 2023

13                                   CAROLYN K. DELANEY

14                                   UNITED STATES MAGISTRATE JUDGE

15

16

17   1

    kutt1214.fifp

18

19

20

21

22

23

24

25

26

27

28