UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS KUTTERER,<br><br>           Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY JAIL,<br><br>           Defendant. | No.  2:23-cv-01214-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 16) |

        Plaintiff Marcus Kutterer is a state pretrial detainee appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 28, 2024, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(b) due to plaintiff's failure to prosecute this action.  (Doc. No. 16.) Specifically, plaintiff has failed to comply with the court's order dated January 11, 2024, in which plaintiff's first amended complaint was dismissed and plaintiff was directed to file a second amended complaint within thirty days.  (Doc. No. 14.)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (Doc. No. 16 at 1.)  To date, no objections to

the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 28, 2024 (Doc. No. 16) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 2, 2024**

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE